IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| TAPATIO SPRINGS REAL ESTATE HOLDINGS, LP | § § § | CASE NO. 11-50054-RBK |
| Debtor, | § § | Chapter 11 Proceeding |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of Clyde B. Smith and Peggy Smith, secured creditors of the Debtors in the above-referenced proceedings. The undersigned hereby requests notices and copies of orders, any proposed notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan or reorganization filed with court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Section 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 913 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor in care of the undersigned at the address set forth below.

> Derick J. Rodgers
> State Bar No. 24002857
> DAVIS, CEDILLO & MENDOZA, INC.
> 755 E. Mulberry Street, Suite 500
> San Antonio, Texas 78212
> Telephone: 210.822.6666
> Telecopier: 210.822.1151

Respectfully submitted,

DAVIS, CEDILLO & MENDOZA, INC.


By: __/s/ Derick J. Rodgers__
    DERICK J. RODGERS
    State Bar No. 24002857
    755 E. Mulberry Street, Suite 500
    San Antonio, Texas 78212
    Telephone: 210.822.6666
    Telecopier: 210.822.1151

COUNSEL FOR CLYDE B. SMITH AND PEGGY SMITH

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of January, 2011, a true and correct copy of the foregoing document was served in accordance with the court's ECF filing system or via United States Mail, postage prepaid, upon the parties listed below.

Christopher J. Weber
Christopher J. Weber, LLC
9901 IH-10 W., Ste. 165
San Antonio, TX 78230-2252

Kendall County Tax A/C
P.O. Box 1377
Boerne, TX 78006

                                                __/s/ Derick J. Rodgers__
                                                  Derick J. Rodgers