The Debtor is ordered to pay any unpaid United States Trustee fees.

The relief described hereinbelow is SO ORDERED.

Signed February 17, 2011.



_____
Ronald B. King
United States Chief Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| TAPATIO SPRINGS REAL ESTATE | § | CASE NO. 11-50054-RBK |
|    HOLDINGS, L.P. | § | |
| | § | **Chapter 11 Proceeding** |
| Debtor, | | |

**ORDER GRANTING MOTION TO DISMISS PURSUANT TO 11 U.S.C. §1112**

On this date came on for consideration the Motion to Dismiss filed by Clyde B. and Peggy Smith. Upon due consideration, the Court finds the motion should be, in all respects, GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that:

1. The Motion is granted as set forth herein.

2. The bankruptcy cases are hereby, in all respects, dismissed.

3. Each party shall bear its own costs and fees.

4. Any relief requested and not provided for herein is denied.

# # #

Submitted by:

Thomas W. McKenzie
Texas State Bar No. 1378700
10107 McAllister Freeway
San Antonio, Texas 78216- 4648
Telephone: (210) 227-2698
Fax: (210) 227-9334

and

Derick J. Rodgers
DAVIS, CEDILLO & MENDOZA, INC.
McCombs Plaza, Suite 500
755 E. Mulberry Ave.
San Antonio, TX 78212
Telephone: (210) 822-6666
Fax: (210)822-1151